No. 1783.—BURKE & CO. *v.* EDEY & PINCKARD, etc. WILLIAM GOLDING, appellant.

Objections to the reception of testimony on trial in the lower court will not be noticed in the appellate court, unless the objections are embodied in a bill of exceptions to the ruling of the judge admitting the evidence.

When the appeal is taken for delay only, damages will be given against the appellant for frivolous appeal.

APPEAL from the Fifth District Court for the parish of Orleans. *Leaumont, J. George W. Christy,* for plaintiff and appellee. *W. H. Hunt* and *E. C. Whitney,* for defendant and appellant.

HOWE, J. William Golding has appealed from a judgment rendered against him as indorser of a promissory note. Upon the trial his counsel objected to certain testimony, but reserved no bill of exceptions to the ruling of the Judge admitting the same. The objection cannot be noticed. Succession of Prevost, 4 An. 347; West *v.* his creditors, 4 An. 447; Gray *v.* Thomas, 18 An. 412.

The appeal seems to be frivolous, and to have been taken for delay merely.

It is therefore ordered, that the judgment appealed from be affirmed with costs, and with ten per cent. damages for frivolous appeal.